12-15-0002-CR

In The Twelfth Court of Appeals

Tyler, TX

Q'Andrew Shelton
Appellant

v.

The State of Texas
Appellee

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 27 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

On Appeal from the 114th District Court of Smith County. Trial Cause No. 114-0724-14

Second Motion for Extension of Time to File Appellant's Pro Se Brief.

To The Honorable Justices of The Court of Appeals:

Comes now Q'Andrew Shelton, Appellant pro se, and respectfully moves the Court to extend the deadline for filing his brief by 30 days. In support, Appellant would show the following:

I

On November 26, 2014 the jury found Appellant guilty of Possession of a Controlled Substance. The judge assessed punishment at 50 years imprisonment in the Texas Department of Criminal Justice.

1 of 4

## II

On May 13, 2015, Appellant recieved notice by mail that his appeal attorney filed an Anders Brief on his behalf and notice that Appellant had a right to file a pro se brief or response to Anders brief.

## III

On June 17, 2015, the Appellate record was first made available to Appellant. The Appellant deadline for response was July 17, 2015. On July 15, 2015, Appellant's deadline for filing brief was extended to August 31, 2015.

## IV

This is Appellants second request for extension of time after recieving records. Appellant is unable to meet the deadline for the following reasons:

(A) During my 51 day stay, 24 days of those spent after recieving the August 31, 2015 deadline, I had no access to a law library nor any law books while in the Smith County Jail. Which was from June 16, 2015 until August 7, 2015. Per Lt. Caraway, now Captain Caraway, the law library was not available due to outdated material and was never reopened during my stay there.

(B) Upon my arrival back into T.D.C.J. on August 7, 2015, I was not Afforded an opportunity to Attend the law library until August 13, 2015 due to processing and being in transit. I'm including the dates in which I was able to Attend the law library written and signed by Ms. Mills* and given to me to show the Court that I have had limited access to the law library. I've also included my passes for attendance to the law library to date.

(C) Appellant's limited legal knowledge is also a factor in slowing down of Appellant's research.

* note: Ms. Miss is the attendant over the law library * 3 Attachment.

2 of 4

(D) Not enough time to complete brief. Law library access is limited to 2hrs. max per visit, with no access on weekends.

(E) Awaiting additional information from attorney needed as part of Appellant's research.

## V

For the reasons stated above, Appellant respectfully requests an additional 30 days to complete pro se brief on response in support of Appellant's appeal.

## VI

Appellant prays that the court grant this motion and extend the time to file Appellant's pro se brief on response by 30 days, extending the deadline to September 31, 2015.

Respectfully submitted,

O'Andrew Shelton #1811062
Appellant, pro se
Byrd Unit
21 FM 247
Huntsville, TX 77320

3 of 4

Certificate of Service

I hereby certify that on August 24, 2015, A true and correct copy of Appellant's motion for extension to file his brief or response was mailed to the attorney for the State by U.S. First Class Mail addressed to Michael J. West, Assistant District Attorney, 4th Floor, Courthouse, 100 N. Broadway, Tyler, Tx. 75702.

O'Andrew Shelton
Appellant, pro se

I, O'Andrew Shelton, T.D.C.J. # 1881062, being presently incarcerated in the Byrd Unit, Huntsville, Tx., verify and declare under penalty of perjury that the ~~followit~~ foregoing statements are true and correct. Executed on this the 24th day of August, 2015.

O'Andrew Shelton
TDCJ # 1881062

4 of 7

Shelton 1981062
Attend Law Lib

8-13-15
8-14-15
8-19-15
8-20-15

**BYRD UNIT
LAW LIBRARY**

#1

TDCJ — INSTITUTIONAL DIVISION
OFFICIAL LAYIN PASS
ADMINISTRATIVE

*9*

EFFECTIVE DATE: 08/21/2015
FROM--TO TIME: 05:30--07:30
START DATE: 08/21/2015 END DATE: 08/21/2015

ADMIT: 01981062 SHELTON, DANDREW
REASON: 0530LAWLIBRARY    HOUSE: A7-09B

JOB: TRANSIENT PEND DIAG PROCESSI 00:00-00:00
EDUC:


COUNTROOM: WOODALL

TITLE: AAII                                    #2

```
        TDCJ - INSTITUTIONAL DIVISION
              OFFICIAL LAYIN PASS
                 ADMINISTRATIVE                    9

  EFFECTIVE DATE: 08/24/2015
  FROM-TO TIME: 08:30-10:30
  START DATE: 08/24/2015 END DATE: 08/24/2015

ADMIT: 01981062 SHELTON,QANDREW
   REASON: 0830LAWLIBRARY    HOUSE: A7-09B

   JOB: TRANSIENT PEND DIAG PROCESS 00:00-00:00
   EDUC:


   COURTROOM: BALLARD

   TITLE: CLERK                               #3
```